UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | ) | |
| v. | ) | No. 1:23-cr-00041-TWP-TAB |
| BRIAN BYRD a/k/a BRIAN KING, | ) | -01 |
| Defendant. | ) | |

**ORDER ADOPTING REPORT AND RECOMMENDATION**

On September 22, 2026 the Magistrate Judge submitted his Report and Recommendation regarding the United States Probation Office's Petition for Warrant or Summons for Offender Under Supervision (Filing No. 48). The parties waived the fourteen-day period to object to the Report and Recommendation. The Court, having considered the Magistrate Judge's Report and Recommendation, hereby adopts the Magistrate Judge's Report and Recommendation.

**IT IS SO ORDERED.**

Date: September 25, 2026

Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Distribution:

William H. Dazey, Jr.
INDIANA FEDERAL COMMUNITY DEFENDERS
bill.dazey@fd.org

Jayson W. McGrath
DOJ-USAO
jayson.mcgrath@usdoj.gov

Electronic notice to USPO

Electronic notice to USM-C